DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN M. ZUCCARELLI, III,** individually and as Mayor of the
Town of Jupiter Inlet Colony,
Appellant,

v.

**RICHARD** and **MARILYN BARFIELD, TOWN OF JUPITER INLET
COLONY, DOUGLAS C. PIERSON,** individually and as Vice Mayor and
as Town Commissioner of the Town of Jupiter Inlet Colony, **DANIEL
COMERFORD, III,** individually and as Town Commissioner of the Town
of Jupiter Inlet Colony, and **THOMAS M. DISARNO,** individually and as
Town Commissioner of the Town of Jupiter Inlet Colony,
Appellees.

No. 4D17-1560

[May 10, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Edward L. Artau, Judge; L.T. Case No.
2007CA001901XXXXMBAF.

Gary K. Oldehoff and Harriet R. Lewis of Lewis Stroud & Deutsch, P.L.
Boca Raton, for appellant.

Richard and Marilyn Barfield, Jupiter Inlet Colony, pro se.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***